UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CONDE, et al.,<br><br>  Plaintiff,<br><br>v.<br><br>SENSA, et al.,<br><br>  Defendant. | Case No.: 14cv51<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANTS GENERAL NUTRITION CORP. AND GENERAL NUTRITION CENTERS, INC.** |

   Presently before the Court is plaintiff Mollie Delaney's and defendants General Nutrition Corp. and General Nutrition Centers, Inc.'s (collectively GNC) Joint Motion For Dismissal of Claims Against Defendants General Nutrition Corp. and General Nutrition Centers, Inc. (ECF No. 53.) The parties state in the Joint Motion that they reached a confidential settlement agreement as a result of the Early Neutral Evaluation with Judge William V. Gallo, and jointly move to dismiss Delaney's individual claims against GNC with prejudice and her class claims with regard to GNC without prejudice.

/ / /

/ / /

/ / /

/ / /

1  Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES**
2  Delaney's individual claims against GNC **WITH PREJUDICE** and her class claims
3  against GNC **WITHOUT PREJUDICE**.  As stated in the Joint Motion, each party shall
4  bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  September 16, 2015

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge