**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

*Interim Class Counsel*
*(Additional Counsel on Signature Page)*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CONDE, et al.,<br><br>        Plaintiff(s),<br><br>  vs.<br><br>SENSA, et. al.,<br><br>        Defendant(s). | Case No.: 14-CV-51 JLS (WVG)<br><br>The Honorable Janis L. Sammartino<br><br>**JOINT MOTION TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Current Date: March 2, 2017 at 1:30 p.m.<br>Proposed Date: March 16, 2017 at 1:30 p.m. |

|     |     |
| --- | --- |
| 1   | Pursuant to Local Rule 7.2, Plaintiff Susan Grace Stokes ("Plaintiff") and Defendants Don Ressler, Adam Goldenberg, Kristin Chadwick, IB Holding, LLC ("IBH"), Techstyle, Inc. f/k/a Just Fabulous ("JustFab"), John Drew, and TCV VI, L.P. ("TCV") (collectively, "Defendants"), by and through their undersigned attorneys of record, submit this Joint Motion To Extend Briefing Schedule On Defendants' Motions To Dismiss Plaintiff's Third Amended Consolidated Class Action Complaint. |

WHEREAS, on November 1, 2016, Plaintiff filed her Third Amended Consolidated Complaint;

WHEREAS, on November 10, 2016, Plaintiff and Defendants submitted a Joint Motion extending Defendants' time to respond to the Third Amended Consolidated Amended Complaint;

WHEREAS, on November 15, 2016, the Court granted that joint motion extending Defendants' time to respond to the Third Amended Consolidated Complaint to December 19, 2016;

WHEREAS, on December 19, 2016, Defendants Ressler, Goldenberg, Chadwick, IBH and JustFab filed a Motion to Strike and Dismiss Plaintiff's Third Amended Consolidated Complaint;

WHEREAS, on December 19, 2016, Defendants Drew and TCV also filed a Motion to Strike and Dismiss Plaintiff's Third Amended Consolidated Complaint;

WHEREAS, on December 20, 2016, the Court set a briefing schedule, in which the Plaintiff's Oppositions to Defendants' Motions to Strike and Dismiss are due on January 19, 2017, Defendants' Replies in Support of the Motions to Strike and Dismiss are due on February 10, 2017, and Defendants' Motions to Strike and Dismiss shall be heard on March 2, 2017;

WHEREAS, on January 6, 2017, Plaintiff requested an extension of time to respond to Defendants' motions to February 2, 2017;

WHEREAS, Defendants agreed to Plaintiff's requested extension and the

parties agreed to the following revised schedule: (1) Plaintiffs' opposition to Defendants' motions to dismiss changed from January 19, 2017 to February 2, 2017; (2) Defendants' replies in support of their motions changed from February 10, 2017 to March 3, 2017; and (3) the hearing on the motions changed from March 2, 2017 to March 16, 2017 or such other date thereafter that is convenient for the Court;

WHEREAS good cause exists for extending the briefing schedule because of the burden on Plaintiff to respond to two separate motions and due to depositions and hearings pending this month in other matters involving Plaintiff's counsel.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties to this action through their undersigned counsel, as follows:

1. Plaintiff shall file her oppositions to Defendants' Motions to Strike and Dismiss on or before February 2, 2017.

2. Defendants shall file any replies in support of their respective Motions to Strike and Dismiss on or before March 3, 2017.

3. Defendants' Motions to Strike and Dismiss shall be heard on March 16, 2017, at 1:30 p.m., or on the next available date and time convenient to the Court.

Dated: January 10, 2017          **BURSOR & FISHER, P.A**.

By:     *s/ L. Timothy Fisher*
           L. Timothy Fisher
           ltfisher@bursor.com

L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone:  (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail:   ltfisher@bursor.com

*Interim Class Counsel*

**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy (#134180)
Mark S. Greenstone (#199606)
1925 Century Park East, Suite 2100

|   |   |
|---|---|
| 1 | Los Angeles, California 90067 |
| 2 | Telephone: (310) 201-9150 |
|   | Facsimile: (310) 201-9160 |
| 3 | Email: info@glancylaw.com |
| 4 | **GLANCY BINKOW & GOLDBERG LLP** |
| 5 | Brian P. Murray |
|   | 122 East 42nd Street, Suite 2920 |
| 6 | New York, NY 10168 |
|   | Telephone: (212) 682-5340 |
| 7 | Facsimile: (212) 884-0988 |
| 8 | Email: bmurray@glancylaw.com |
| 9 | **CHEFFY PASSIDOMO** |
|   | Louis D. D'Agostino |
| 10 | 821 Fifth Avenue South |
|   | Naples, FL 34102 |
| 11 | Telephone: (239) 261-9300 |
| 12 | Facsimile: (239) 435-1218 |
| 13 | **COLEMAN, YOVANOVICH & KOESTER, P.A.** |
|   | Edmond E. Koester |
| 14 | 4001 Tamiami Trail N., Suite 300 |
|   | Naples, FL 34103 |
| 15 | Telephone: (239) 435-3535 |
| 16 | Facsimile: (239) 435-1218 |
| 17 | *Attorneys for Plaintiff Stokes* |

Dated: January 10, 2017            **MITCHELL SILBERBERG & KNUPP LLP**

By:   *s/ Valentine A. Shalamitski*
         Valentine A. Shalamitski
         vas@msk.com

Jeffrey L. Richardson (State Bar No. 167274)
Valentine A. Shalamitski (State Bar No. 236061)
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100
E-Mail:   jlr@msk.com
              vas@msk.com

---

JOINT MOTION TO EXTEND BRIEFING SCHEDULE                    CASE NO. 14-CV-51 JLS (WVG)

3

*Attorneys for Defendants Don Ressler, Adam Goldenberg, Kristin Chadwick, IBH, and JustFab*

Dated: January 10, 2017

**JONES DAY**

By:   s/ Stephen D. Hibbard
      Stephen D. Hibbard
      sdhibbard@jonesday.com

Stephen D. Hibbard (State Bar No. 177865)
sdhibbard@jonesday.com
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

**JONES DAY**
Jessica Hawk (State Bar No. 289391)
jhawk@jonesday.com
12265 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858) 703-3137
Facsimile: (858) 314-1150

*Attorney for Defendant Defendants TCV VI, L.P. and John Drew*

## ATTESTATION

I, L. Timothy Fisher, attest that authorization for the filing of this document has been obtained from each of the other signatories and that all signatories concur in the filing's content.

                                       *s/ L. Timothy Fisher*
                                       L. Timothy Fisher

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 10, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

    All participants in the case are registered CM/ECF users and service will be accomplished by the United States District Court for the Southern District of California's CM/ECF System.

                                                         *Debbie Schroeder*

                                                         Debbie Schroeder